| | |
|---|---|
| 1 | TRINETTE G. KENT (State Bar No. 222020) |
| 2 | 10645 North Tatum Blvd., Suite 200-192 |
|   | Phoenix, AZ 85028 |
| 3 | Telephone:  (480) 247-9644 |
| 4 | Facsimile:  (480) 717-4781 |
|   | E-mail: tkent@lemberglaw.com |
| 5 | |
| 6 | Of Counsel to |
|   | Lemberg Law, LLC |
| 7 | A Connecticut Law Firm |
| 8 | 1100 Summer Street |
|   | Stamford, CT  06905 |
| 9 | Telephone:  (203) 653-2250 |
| 10| Facsimile:  (203) 653-3424 |
| 11| |
|   | Attorneys for Plaintiff, |
| 12| Chyna Drew |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Chyna Drew, | Case No.: 2:14-cv-09718-JAK-E |
|---|---|
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| Enhanced Recovery Company, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

2:14-cv-09718-JAK-E                                                                    VOLUNTARY DISMISSAL

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Chyna Drew ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ Trinette G. Kent
Trinette G. Kent, Esq.
Lemberg Law, LLC
Attorney for Plaintiff, Chyna Drew

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On January 26, 2015, I served a true copy of foregoing document(s): **VOLUNTARY DISMISSAL**.

| | |
|---|---|
| **BY ELECTRONIC FILING:** I hereby certify that on January 26, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. | **Attorney for Defendants Enhanced Recovery Company, LLC** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on January 26, 2015.

1
2                                         By: __/s/  Trinette G. Kent_____
                                          Trinette G. Kent, Esq.
3                                         Lemberg Law, LLC
4                                         Attorney for Plaintiff, Chyna Drew
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4